IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| 3M Company,<br><br>Plaintiff,<br><br>v.<br><br>Burris Wollsieffer, an individual; ABC Corporations I-XX; ABC Limited Liability Companies I-XX; ABC Partnerships I-XX; and JOHN and JANE DOES I-XX,<br><br>Defendants. | **ORDER GRANTING IN PART AND DENYING IN PART [10] MOTION TO DISMISS**<br><br>Case No. 2:20-cv-00336-DBB-CMR<br><br>District Judge David Barlow |

Before the court is Defendants' Motion to Dismiss.[1] For the reasons stated on the record at the hearing held January 28, 2021, the motion is GRANTED IN PART and DENIED IN PART as follows:

1. Defendant's 12(b)(2) motion to dismiss for lack of jurisdiction is DENIED without prejudice;

2. Defendant's 12(b)(6) motion to dismiss count 1 of the Complaint for trademark infringement/false representation under § 43(a)(1)(A) of the Lanham Act is DENIED as to the false representation claim but GRANTED as to the infringement claim. The infringement claim is dismissed without prejudice;

3. Defendant's 12(b)(6) motion to dismiss count 3 of the Complaint for False Advertising under § 43(a)(1)(B) of the Lanham Act is DENIED;

---

[1] ECF No. 10.

4. Defendant's 12(b)(6) motion to dismiss counts 2 and 6 of the Complaint for dilution under § 43(c) of the Lanham Act and the Utah Trademark Dilution Statute is GRANTED. Counts 2 and 6 are dismissed without prejudice;

5. Defendant's 12(b)(6) motion to dismiss count 4 of the Complaint for defamation is DENIED;

6. Defendant's 12(b)(6) motion to dismiss counts 5 and 7 of the Complaint for claims under the Utah Unfair Practices Act and for Unfair Competition is DENIED.

Signed January 29, 2021.

BY THE COURT

David Barlow
United States District Judge